No. 11–727.   DIETZ v. UNITED STATES.   C. A. Armed Forces. Certiorari denied.

No. 11–764.   KING v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–5024.   ALCORN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 11–5192.   PENDLETON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 11–5241.   LOWERY v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 11–5357.   BOWENS v. ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 11–5382.   TURNER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 11–5525.   TASKEY v. MASSACHUSETTS.   App. Ct. Mass. Certiorari denied.

No. 11–5738.   McCLAIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–5858.   BRUNS v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 11–5980.   STARBALA ET UX. v. HOMECOMINGS FINANCIAL NETWORK, INC.   App. Ct. Conn.   Certiorari denied.

